FILED 04 SEP '24 11:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00327-IM |
| v. | INDICTMENT |
| JAHIR JERONIMO DURON | 8 U.S.C. § 1326 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1
**(Illegal Reentry)**
**(8 U.S.C. § 1326)**

On or about August 4, 2024, in the District of Oregon, defendant **JAHIR JERONIMO DURON**, an alien and citizen of Honduras, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States as an alien on September 3, 2021, defendant having knowingly and unlawfully re-entered, without the express consent of the

/ / /

/ / /

Indictment                                                                                                          Page 1

Attorney General of the United States, or his successor, the Secretary for Homeland Security, to his reapplying for admission to the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated: September 4, 2024.                                A TRUE BILL.

                                                        OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

KATE ROCHAT, OSB #184324
Assistant United States Attorney